UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICO LYNTICE RILEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JARED D. LAZANO,<br><br>　　　　　Respondent. | No.  2: 18-cv-3050 KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion to stay this action pending exhaustion of additional claims.  (ECF No. 9.)

On August 9, 2019, petitioner filed a letter requesting the status of this action.  (ECF No. 10.)  Petitioner is informed that his request for a stay is under submission.

Petitioner is not required to await resolution of his request for a stay before returning to state court to properly exhaust his state court remedies.  In the event that petitioner exhausts any claims in the California Supreme Court prior to this court's resolution of his request for a stay, petitioner is advised to file a notice of exhaustion in this court.

IT IS SO ORDERED.

Dated:  August 23, 2019
Ri3050.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE