1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   RICO LYNTICE RILEY,                      No. 2:18-cv-03050-TLN-KJN

12              Petitioner,

13       v.                          **ORDER**

14   PATRICK COVELLO, et al.,

15              Respondents.

16

17        Petitioner Rico Lyntice Riley ("Petitioner"), a state prisoner proceeding *pro se*, has filed

18 an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The matter was

19 referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

20 302.

21        On November 2, 2020, the magistrate judge filed findings and recommendations herein

22 which were served on all parties and which contained notice to all parties that any objections to

23 the findings and recommendations were to be filed within fourteen days.  (ECF No. 34.)  Neither

24 party has filed objections to the findings and recommendations.

25        Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v.*

26 *United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

27 reviewed *de novo.  See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

28 1983); *see also* 28 U.S.C. § 636(b)(1).

1    Having reviewed the file under the applicable legal standards, the Court finds the Findings

2  and Recommendations to be supported by the record and by the magistrate judge's analysis.

3    Accordingly, IT IS HEREBY ORDERED that:

4    1.  The Findings and Recommendations filed November 2, 2020 (ECF No. 34), are

5  adopted in full; and

6    2.   Petitioner's Motion to Amend (ECF No. 28) is DENIED.

7    IT IS SO ORDERED.

8  DATED:  December 14, 2020

9

10

11                                          _____

12                                          Troy L. Nunley
                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28